# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bencivengo, Cathy A. | US District Court, California | 05/09/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge, active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
221 West Broadway
San Diego, California 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | J. Clifford Wallace, American Inn of Court |
| 2. | Member of Board of Governors | San Diego Chapter of the Association of Business Trial Lawyers |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>*(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Thermo Fisher Scientific - Salary & Commission |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Circuit Bar Association | October 7-9, 2013 | Washington DC | Participate as a Judicial Panelist at Global Fellows Patent Law Conference | air and local transportation, parking and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bencivengo, Cathy A. | 05/09/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bencivengo, Cathy A. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #2 (Edward Jones) | E | Dividend | O | T | | | | | |
| 2. -- Edward Jones Cash Reserves | | | | | | | | | |
| 3. -- Columbia Small Cap Value II | | | | | Sold (part) | 08/22/13 | J | | |
| 4. --Dodge & Cox Income Fund | | | | | Buy (add'l) | 08/22/13 | J | | |
| 5. -- Dodge & Cox Stock Fund | | | | | Sold (part) | 08/22/13 | J | | |
| 6. -- Fundamental Investors Fund | | | | | Sold (part) | 08/22/13 | J | | |
| 7. -- Hartford Cap Appreciation Fund | | | | | Sold | 05/13/13 | K | | |
| 8. -- Hotchkis & Wiley Mid Cap Val I | | | | | Sold (part) | 08/22/13 | J | | |
| 9. -- JPMorgan Core Bond Fund Select | | | | | Buy (add'l) | 06/18/13 | J | | |
| 10. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 11. | | | | | Buy (add'l) | 08/22/13 | J | | |
| 12. | | | | | Buy (add'l) | 12/10/13 | J | | |
| 13. -- Lomis Sayles Invt Grade Bd | | | | | Buy (add'l) | 08/22/13 | J | | |
| 14. -- MFS Value Fund | | | | | Sold (part) | 08/22/13 | J | | |
| 15. | | | | | Buy (add'l) | 10/17/13 | J | | |
| 16. -- Munder Mid Cap Core Growth | | | | | Sold (part) | 08/22/13 | J | | |
| 17. -- Mutual Global Discovery Fund | | | | | Sold (part) | 08/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bencivengo, Cathy A. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Oppenheimer Intl Growth Fund | | | | | Sold (part) | 08/22/13 | J | | |
| 19. -- Invesco Comstock Fund | | | | | Sold (part) | 08/22/13 | J | | |
| 20. -- JPM Fed Money Market Inst Cl | | | | | Buy (add'l) | 08/22/13 | J | | |
| 21. -- Artisan Intl Value Fund | | | | | Sold (part) | 08/22/13 | J | | |
| 22. -- Alger Small/Mid Cap Growth | | | | | Sold (part) | 08/22/13 | J | | |
| 23. -- Europacific Growth Fund | | | | | Sold (part) | 08/22/13 | J | | |
| 24. -- T.Rowe Price Intl Discovery | | | | | Sold (part) | 08/22/13 | J | | |
| 25. -- Harbor Capital Appreciation | | | | | Buy (add'l) | 08/22/13 | J | | |
| 26. -- Rainer Mid Cap Equity | | | | | Sold (part) | 08/22/13 | J | | |
| 27. -- Delaware US Growth | | | | | Buy (add'l) | 08/22/13 | J | | |
| 28. -- T.Rowe Price Int Lrge Cp Gr | | | | | Buy | 05/13/13 | K | | |
| 29. | | | | | Sold (part) | 08/22/13 | J | | |
| 30. 401K #2 (Thermo Fisher) | E | Dividend | O | T | | | | | |
| 31. -- Dodge & Cox Stock | | | | | | | | | |
| 32. -- T. Rowe Price Retirement 2040 Fund | | | | | Sold | 07/26/13 | M | | |
| 33. -- Thermo Fisher Scientific Inc. | | | | | | | | | |
| 34. -- Pimco Total Return Instl | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Dodge & Cox Intl Stock | | | | | Buy | 07/26/13 | M | | |
| 36. -- SSGA S&P 500 Index CL C | | | | | Buy | 07/26/13 | J | | |
| 37. Brokerage Acct. #2 | | | | | | | | | |
| 38. -- Fundamental Investors | A | Dividend | K | T | | | | | |
| 39. -- New World Growth Fund of America | A | Dividend | L | T | | | | | |
| 40. -- U.S. Govt. Securities Fund | A | Dividend | J | T | Distributed (part) | 07/23/13 | K | | |
| 41. Palomar Pomerado Health Muni Bonds | | None | K | T | | | | | |
| 42. Temple City California Unifed School District Muni Bonds | | None | K | T | Buy | 07/26/13 | K | | |
| 43. Money Market Charles Schwab | A | Interest | L | T | | | | | |
| 44. Brokerage Acct. #4 (Schwab) | | | | | | | | | |
| 45. --Columbia Seligman Comm & Info Fund | A | Dividend | J | T | | | | | |
| 46. -- Matthews Asian Growth & Inc Fund | A | Dividend | J | T | | | | | |
| 47. -- Munder Index 500 Fund | B | Dividend | K | T | | | | | |
| 48. --Oakmark Equity Income Fund | A | Dividend | J | T | | | | | |
| 49. -- Parnassus Equity Income | A | Dividend | J | T | | | | | |
| 50. -- Permanent Portfolio | A | Dividend | J | T | | | | | |
| 51. -- Reynolds Blue Chip | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -- Yacktman Focused Fund | A | Dividend | K | T | | | | | |
| 53.  IRA #1 | A | Dividend | J | T | | | | | |
| 54.  -- JDS Uniphase Corp. Common Stock | | | | | | | | | |
| 55.  -- Fidelity Intl Discovery Mutual Fund | | | | | | | | | |
| 56.  IRA #3 (Schwab) | A | Dividend | K | T | | | | | |
| 57.  -- Deposit Account/Cash Reserves | | | | | | | | | |
| 58.  -- Parnassus Equity Income | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bencivengo, Cathy A. | 05/09/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bencivengo, Cathy A. | 05/09/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy A. Bencivengo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544